UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CANCHA LLC,<br><br>    Defendant. | Case No. 21-cv-08772-SI<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DECLINE SUPPLEMENTAL JURISDICTION OVER UNRUH ACT CLAIM** |

    This case was filed on November 11, 2021, against defendant Cancha LLC. Dkt. No. 1. Defendant failed to respond to the complaint, and Whitaker moved for entry of default on May 5, 2022. Dkt. No. 16. The Clerk entered default on June 15, 2022. Dkt. No. 17. Whitaker has not yet moved for default judgment.

    The Court *sua sponte* takes judicial notice of the fact that Johnson is a high-frequency plaintiff. **Plaintiff is ORDERED TO SHOW CAUSE in writing by 5 p.m. on October 17, 2022, why the Court should not decline to exercise supplemental jurisdiction over Johnson's state-law Unruh Act claim for the reasons stated in *Vo v. Choi*, No. 20-55737, slip op. at 11-16 (9th Cir. Sept. 21, 2022) (affirming district court's declination of supplemental jurisdiction over Unruh Act claim after entry of default but prior to default judgment);** see also *Arroyo v. Rosas*, 19 F.4th 1202, 1213-16 (9th Cir. 2021).

    **IT IS SO ORDERED**.

Dated: October 11, 2022

                                                   SUSAN ILLSTON
                                                   United States District Judge